UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RONALD W. WOLFE,

    Petitioner,

v.                                               Case No. 05-C-85

GREG GRAMS, Warden,

    Respondent.

---

**ORDER RE: PETITIONER'S OBJECTION TO MAGISTRATE JUDGE'S DECISION**

---

      On June 7, 2007, this court issued a decision and order denying petitioner Ronald W. Wolfe's ("Wolfe") petition for a writ of habeas corpus and dismissing this action. Judgment was entered thereon by the Clerk of Court on June 8, 2007. On June 18, 2007, Wolfe filed a "Objection to Magistrate Judge Decision." In the cover letter accompanying that written submission, Wolfe states "[e]nclosed for filing is the above-entitled matter, please find Petitioner's Objection to Magistrate Judge Recommendation." Wolfe asks that the Clerk of Court "forward the pleadings to the appropriate Judge for consideration."

      Wolfe seems to be operating under the understanding that a district judge can review this court's decision and order of June 8, 2007. To the extent that Wolfe is operating under that understanding, he is hereby advised that, because both he and the respondent consented to this court's jurisdiction over the action, any review of this court's decision lies only in the Court of Appeals for the Seventh Circuit. If Wolfe wishes to have the court of appeals review this court's decision and order, he must proceed in accordance with the statutes and rules applicable to appeals to that court.

**SO ORDERED** this 19th day of June 2007, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

2